14

Counts I & II plus credit for time served; DANGEROUS DESIGNATION imposed on October 1, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Leanne Schraudner, Attorney at Law, from Bozeman, for her assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Robert J. Boyd, Judges.

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. ROBERT LEE NORRIS, Defendant.

## DECISION

No. DC-83-121

The application of the above-named defendant for a review of the sentence for Count I, Aggravated Kidnapping, 10 years; Count II, Sexual Intercourse Without Consent, 40 years; Count III Sexual Intercourse Without Consent, 40 years; all to be served consecutively; credit for time served imposed on November 15, 1983, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence of the sentencing judge, the Hon. Charles Luedke is affirmed by this Court with Judge Harkin dissenting.

HONORABLE DOUGLAS HARKIN DISSENTING: Judge Harkin would designate the Petitioner as a Dangerous Offender. The Petitioner's history indicates that he has a propensity to commit crimes of this nature and that he would do it again when he is released. Judge Harkin would also recommend that the Petitioner never be released.

We wish to thank Pete Carroll of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. CLYDE KENT LEWIS, Defendant.

## DECISION

No. DC-84-155

The application of the above-named defendant for a review of the sentence of 30 years for Robbery; to be served consecutively to the sentence out of Cascade County DANGEROUS DESIGNATION imposed on March 14, 1985, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

We wish to thank Conde McKay, Attorney from Anaconda, for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Fifteenth Judicial District, County of Sheridan, STATE OF MONTANA, Plaintiff vs. DOUGLAS W. WAHL, Defendant.

## DECISION

No. 849

The application of the above-named defendant for a review of the sentence of 6 years for Theft; plus a fine of $1,800 to be paid within two years of Petitioners release from confinement imposed on October 22, 1986, was fully heard and after a careful consideration of the entire matter it is decided that: the sentence shall remain the same as originally imposed.

The Defendant claimed he was denied counsel at his revocation hearing. The record fails to disclose the Judge's side of the story. There is not even a minute entry in indicate what the Judge intended. Remanding this Defendant back to the District Court for sentencing with appointment of Counsel would serve no purpose since the Petitioner is approaching his parole date.

See *Starkweather v. State of Montana*, S.Ct. Order No. 85-566, Dated December 18, 1985.

We wish to thank Larry Ginnings of the Montana Defender Project for his assistance to the Defendant and to this Court.

DATED this 8th day of May, 1987.

## SENTENCE REVIEW DIVISION

Frank M. Davis, Chairman, Thomas Honzel, Douglas Harkin, Judges.

From: The District Court of the Thirteenth Judicial District, County of Yellowstone, STATE OF MONTANA, Plaintiff vs. EDWARD ALLEN MULLNER, Defendant.